FILED
BILLINGS DIV.

2011 NOV 1 AM 10 47

PATRICK E. DUFFY, CLERK

_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, | Cause No. CR 11-102-BLG-RFC-CSO |
| Plaintiff, | |
| vs. | |
| | **ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT** |
| DAVID "BUD" LaROCHE, | |
| Defendant. | |

In accordance with the Findings and Recommendations of the United States Magistrate Judge Carolyn Ostby, to which there has been no objection, and subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P. 11(c)(3), the plea of guilty of the Defendant to an Information is hereby accepted. The Defendant is adjudged guilty in violation of the Lacey Act of 16 U.S.C. § 3372(a)(2)(A), 3373(d)(2) and 18 U.S.C. § 2.

Magistrate Ostby will set sentencing in this matter upon filed written consent of Defendant.

DONE and DATED this _____ Day of November, 2011.

_____
RICHARD F. CEBULL
U.S. DISTRICT COURT JUDGE